1

2

3

4

5

6

7

8

9

10

11                                **EXHIBIT "A"**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  ROY J. JIMENEZ (Bar No. 192089)
   E-Mail: rjimenez@tldlaw.com
2  CONNOR INLOW (Bar No. 346900)
   E-Mail: cinlow@tldlaw.com
3  TREDWAY, LUMSDAINE & DOYLE LLP
   3900 Kilroy Airport Way, Suite 240
4  Long Beach, California 90806
   Telephone:   (562) 923-0971
5  Facsimile:   (866) 831-7302

Electronically FILED by
Superior Court of California,
County of Los Angeles
2/06/2024 11:28 AM
David W. Slayton,
Executive Officer/Clerk of Court,
By J. Mercer, Deputy Clerk

6  Attorneys for Plaintiff DIPAK PATEL

7

8                 **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                      **FOR THE COUNTY OF LOS ANGELES**

10

11 DIPAK PATEL, an individual;           Case No.  24LBCV00238

12        Plaintiff,                     **COMPLAINT FOR:**

13    vs.                                1. **FRAUDULENT CONCEALMENT**
                                         2. **BREACH OF FIDUCIARY DUTIES**
14 HERO, LLC, a California limited liability   3. **UNJUST ENRICHMENT**
   company, RAHUL ARYA, an individual,   4. **BUSINESS AND PROFESSIONS**
15 HITESH PATEL, an individual, PRAVIN         **CODE SECTIONS 17200 ET SEQ.**
   PATEL, an individual, and DOES 1-10   5. **VIOLATION OF CALIFORNIA**
16                                           **CORPORATIONS CODE**
          Defendants.
17

18

19        Plaintiff DIPAK PATEL, an individual, alleges as follows:

20                              **THE PARTIES**

21        1.    Plaintiff, DIPAK PATEL ("PATEL" or "Plaintiff") is and at all times

22 mentioned here an individual residing in Gujarat, India but is a United States citizen.

23        2.    Defendant, HERO, LLC ("HERO") is a California limited liability company

24 residing in San Diego County and conducting business primarily in San Diego County,

25 California.

26        3.    Defendant, RAHUL ARYA ("RAHUL") is and at all times mentioned here a

27 California resident residing in San Diego County.

28        4.    Defendant, HITESH PATEL ("HITESH") is and at all times mentioned here

TREDWAY, LUMSDAINE & DOYLE LLP
3900 Kilroy Airport Way, Suite 240
Long Beach, California 90806
(562) 923-0971

1  a California resident residing in Orange County.

2      5.      Defendant, PRAVIN PATEL ("PRAVIN") is at all times mentioned here a

3  California resident residing in Los Angeles County.

4      6.      Defendants PRAVIN, HITESH, RAHUL, HERO, and DOES 1-10 shall be

5  referred to as "Defendants."

6      7.      PATEL is informed and believes and thereon alleges that, at all times relevant

7  hereto, Defendants acted for each other in connection with the conduct hereinafter alleged

8  and that each of them performed the acts complained of herein or breached the duties herein

9  complained of as agents of each other and each is therefore fully liable for the acts of the

10  other.

11                          **JURISDICTION AND VENUE**

12      8.      PATEL is informed and believes, and on that basis alleges, that this Court has

13  jurisdiction over this action because, without limitation, Defendants committed the wrongful

14  acts alleged herein while physically present in California and related to membership interest

15  in a California limited liability company which owned real property in California.

16  Defendants purposefully established contacts within California, and the actions herein arise

17  out of, or are related to Defendants' contacts within California, including Los Angeles

18  County.

19      9.      Additionally, many of the acts and omissions, which constitute the basis of

20  this Complaint, occurred in Los Angeles County and created damages in Los Angeles

21  County. Moreover, Defendant Pravin lives in Los Angeles County, making Los Angeles

22  County proper venue pursuant California Civil Procedure Code § 395.

23                          **FACTUAL ALLEGATIONS**

24      10.     HERO was formed on April 29, 2004, as a limited liability company managed

25  by all limited liability company members. HERO was created to own, lease, operate, and

26  manage hotels/motels in the hospitality business. RAHUL was the organizer. A true and

27  correct copy of the Articles of Organization is attached hereto as **Exhibit "1."**

28

**TREDWAY, LUMSDAINE & DOYLE LLP**
3900 Kilroy Airport Way, Suite 240
Long Beach, California 90806
(562) 923-0971

11.    In or around April of 2006, HERO purchased the real property located at 1801 Logan Ave., San Diego, CA 92113 ("SUBJECT PROPERTY"). The SUBJECT PROPERTY is commonly known as the Travelodge by Wyndham San Diego Downtown Convention Center.

12.    Since at least when HERO purchased the SUBJECT PROPERTY, PATEL has been a member of HERO. PATEL has had a thirty percent (30%) interest in HERO. A true and correct copy of HERO'S 2016 Statement of Information listing PATEL as a member is attached hereto as **Exhibit "2."** A true and correct copy of the PATEL'S K1'S related to HERO are attached hereto as **Exhibit "3."**

13.    Defendants HITESH and RAHUL are the other two members of HERO, and they have a fiduciary duty to PATEL as a minority interest owner of HERO.

14.    PATEL is informed, believes, and alleges thereon that RAHUL manages the SUBJECT PROPERTY and facilitates the distributions of HERO.

15.    Since about 2015, PATEL has lived and traveled back and forth from India and Southern California, and Defendants were all aware of this.

16.    Since 2015, PATEL'S brother, PRAVIN, has been managing PATEL'S affairs in Southern California on PATEL'S behalf, especially when PATEL is in India. While managing PATEL'S affairs, PRAVIN also had a fiduciary duty to PATEL.

17.    In or about August 2022, PATEL discovered, through information and belief, that PRAVIN was mismanaging PATEL'S affairs and using PATEL'S distributions from HERO for PRAVIN'S personal gain without authorization or consent from PATEL. PATEL attempted to have a conversation with PRAVIN about these violations of PATEL'S trust and property rights, but PRAVIN was unwilling or unable to come to a resolution.

18.    On information and belief, all Defendants knew, or should have known, that HERO'S distributions were going to PRAVIN for PRAVIN'S personal benefit and at the expense of PATEL without PATEL'S authorization or consent.

19.    Inexplicably, without any communication or documentation from Defendants, PATEL is no longer listed as a member of HERO on the latest statement of information. A

TREDWAY, LUMSDAINE & DOYLE LLP
3900 Kilroy Airport Way, Suite 240
Long Beach, California 90806
(562) 923-0971

1   true and correct copy of HERO'S statement of information from September of 2022 is

2   attached hereto as **Exhibit "4."**

3       20.    On information and belief, since at least June of 2023, the Defendants have

4   improperly, wrongfully, and illegally, withheld PATEL'S distributions stemming from his

5   ownership in HERO without the proper communication, authorization, consent, or

6   consideration. As a result of such actions, PATEL has suffered damages, and continues to

7   suffer damages of not less than $200,000.00.

8       21.    On August 7, 2023, PATEL sent a letter to each Defendant indicating

9   PRAVIN was no longer authorized to act on PATEL'S behalf ("First Letter"). The First

10  Letter also requested documentation from each Defendant relating to any communication or

11  documentation related to PRAVIN or HERO by August 18, 2023. No Defendant responded

12  to this letter. A true and correct copy of an example of the First Letter, which each Defendant

13  received, is attached hereto as **Exhibit "5."**

14      22.    On August 21, 2023, PATEL sent another letter to each Defendant again

15  requesting documentation from each Defendant relating to any communication or

16  documentation related to PRAVIN or HERO by August 25, 2023 ("Second Letter").

17  Specifically, the Second Letter demanded a full explanation as to the current status of

18  PATEL'S interest in HERO. A true and correct copy of an example of the Second Letter,

19  which each Defendant received, is attached hereto as **Exhibit "6."**

20      23.    On October 13, 2023, RAHUL provided PATEL'S K1's from 2020 through

21  2022 related to HERO but did not provide any further information as to PATEL'S current

22  membership status despite numerous requests. No other Defendant responded.

23      24.    On January 16, 2024, PATEL tried one last attempt for information and

24  informal resolution under California Corporations Code § 17704.10 ("Third Letter").  An

25  example of the Third Letter, which each defendant received is attached hereto as **Exhibit**

26  **"7"**).

27      25.    To date, Defendants refuse to provide adequate information, and since at least

28  June of 2023, PATEL has not received any adequate communication, information, or

TREDWAY, LUMSDAINE & DOYLE LLP
3900 Kilroy Airport Way, Suite 240
Long Beach, California 90806
(562) 923-0971

61554-001 1667643

COMPLAINT

1  distributions related to his interest in HERO which has caused him damages which continue

2  to accrue of not less than $200.000.00.

3  ## FIRST CAUSE OF ACTION

4  **(Fraudulent Concealment)**

5  **(Plaintiff, DIPAK PATEL against All Defendants )**

6  26.    PATEL re-allege and incorporate fully herein by reference all allegations as

7  stated elsewhere in this Complaint.

8  27.    Defendants defrauded PATEL by concealing and/or suppressing material facts

9  Defendants were bound to disclose including but not limited to intentionally hiding pertinent

10  information as to PATEL'S interest in HERO and his distributions related thereto.

11  28.    On information and belief, PATEL'S distributions from HERO have been

12  wrongfully withheld or diverted due to this fraudulent concealment.

13  29.    PATEL was unaware that Defendants were making financial and business

14  decisions based on personal gain and at PATEL'S expense.

15  30.    In justifiable reliance upon Defendants' conduct, and as a result of the

16  concealment of Defendants, PATEL'S investments and the corresponding distributions

17  stemming from PATEL'S interests in HERO were fraudulently deprived and damaged.

18  31.    PATEL is informed and believes, and thereon alleges, that Defendants

19  committed the acts described herein deliberately, callously, maliciously, fraudulently, and

20  in an oppressive manner intended to injure PATEL, and that such improper motives

21  amounted to malice and a conscious disregard of PATEL'S rights as set forth above.

22  Therefore, PATEL is entitled to an award of punitive damages from Defendants in an

23  amount according to proof at trial.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

**TREDWAY, LUMSDAINE & DOYLE LLP**
3900 Kilroy Airport Way, Suite 240
Long Beach, California 90806
(562) 923-0971

## SECOND CAUSE OF ACTION

### (Breach of Fiduciary Duty)

### (Plaintiff, DIPAK PATEL against All Defendants)

32**.**    PATEL re-alleges and incorporates all of the above paragraphs by reference as though fully set forth herein.

33.    Defendants owe fiduciary duties of care and loyalty to the PATEL.

34.    PATEL is informed and believe that Defendants engaged in conscious disregard and actionable misconduct by *inter alia*:

(a)    failing to disclose all material information;

(b)    choosing investment opportunities with conflicts of interest;

(c)    altering and/or diverting distributions without communication, consent, or consideration; and

35.    As outlined above, Defendants have breached their Duty of Loyalty through their conduct.

36.    As a direct and proximate result of Defendants' actions, PATEL has been harmed in numerous ways, including that he did not receive the distributions he relies on, with an exact amount to be determined at trial, plus all incidental and consequential damages, costs and attorney's fees as permitted by law, provisional relief, and other further relief as the Court deems just.

37.    In doing the acts herein alleged, Defendants acted with oppression, reckless disregard, fraud, and malice, such that PATEL is entitled to punitive and exemplary damages.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**TREDWAY, LUMSDAINE & DOYLE LLP**
3900 Kilroy Airport Way, Suite 240
Long Beach, California 90806
(562) 923-0971

**TREDWAY, LUMSDAINE & DOYLE LLP**
3900 Kilroy Airport Way, Suite 240
Long Beach, California 90806
(562) 923-0971

## THIRD CAUSE OF ACTION

### (Unjust Enrichment)

### (Plaintiff, DIPAK PATEL against All Defendants)

38.    PATEL incorporates all the above paragraphs by reference as though fully set forth herein.

39.    As set forth elsewhere herein, PATEL is informed, believes, and alleges thereon that Defendants received benefits from PATEL in the form unearned profits and distributions that rightfully belong to PATEL.

40.    Moreover, Defendants never disclosed the material information related to the profits, distributions, and interests to PATEL.

41.    As a result of Defendants' actions, Defendants are unjustly enriched in an amount to be proven at trial (PATEL requests an accounting of all profits), entitling PATEL to disgorgement and repayment of that amount.

## FOURTH CAUSE OF ACTION

### (*Business and Professions Code* Sections 17200 et seq.)

### (Plaintiff, DIPAK PATEL against All Defendants)

42.    PATEL incorporates all of the above paragraphs by reference as though fully set forth herein.

43.    PATEL is informed and believes, and based thereon alleges, that Defendants have violated and continue to violate California *Business and Professions Code* sections 17200 et seq. by engaging in acts constituting unlawful, unfair, and fraudulent business practices which have resulted in increased loss for PATEL and ill-gotten gains for Defendants.

44.    The unlawful, unfair, and fraudulent business practices include, but are not limited to, those allegations set forth elsewhere in this Complaint which are incorporated hereat by this reference.

45.    As a result of Defendants' violation of California *Business and Professions Code* sections 17200 et seq., PATEL is entitled to and requests restitution and/or

1  disgorgement of all money or property withheld, misappropriated, converted, improperly

2  transferred, or otherwise taken and lost through unlawful, unfair, and fraudulent means.

3      46.    As a further result of Defendants' violation of California *Business and*

4  *Professions Code* sections 17200 et seq., PATEL is entitled to and requests an injunction

5  enjoining Defendants from performing any further act constituting an unlawful, unfair, or

6  fraudulent business practice in this state.

7  **FIFTH CAUSE OF ACTION**

8  **VIOLATION OF CALIFORNIA CORPORATIONS CODE**

9  **(Plaintiff, DIPAK PATEL against All Defendants)**

10     47.    PATEL hereby refers to and incorporates all above paragraphs by reference as

11  though fully set forth herein.

12     48.    California *Corporations Code* section 17701.13 requires that an LLC keep in

13  its office the complete records of the business or residence address of all its members; a

14  copy of the articles of organization and all amendments thereto, together with any powers

15  of attorney pursuant to which the articles of organization or any amendments thereto were

16  executed; copies of the limited liability company's federal, state, and local income tax or

17  information returns and reports, for the six most recent fiscal years; a copy of the limited

18  liability company's operating agreement, if in writing, and any amendments thereto,

19  together with any powers of attorney pursuant to which any written operating agreement or

20  any amendments thereto were executed; copies of the financial statement of the limited

21  liability company, if any, for the six most recent fiscal years, and the books and records of

22  the limited liability company as they relate to the internal affairs of the limited liability

23  company for at least the current and past four fiscal years.

24     49.    California *Corporations Code* section 17704.10 requires the member of an

25  LLC who is in possession of the requested information to promptly deliver a copy of the

26  LLC's Federal, State, and local income tax or information returns and reports, if any, for

27  the six (6) most recent fiscal years; any written operating agreement of the limited liability

28  company; and a current list of the full name and last known business or residence address

**TREDWAY, LUMSDAINE & DOYLE LLP**
3900 Kilroy Airport Way, Suite 240
Long Beach, California 90806
(562) 923-0971

of each member and of each transferee set forth in alphabetical order, together with the contribution and the share in profits and losses of each member and transferee.

50.     PATEL is informed, believes, and alleges thereon that Defendants failed and refused and continue to fail and refuse to provide lawful access to PATEL to inspect and copy the Defendants' business and financial records because on numerous dates through the present, demand was made in writing for access to inspect and copy such records but was refused.

51.     As a result of the ongoing refusal to provide copies and/or permit lawful inspection by Defendants, PATEL has been damaged. PATEL requests this Court order *inter alia* the making and mailing or delivering of the information and financial statements requested and required by law and a full accounting, an award of reasonable attorneys' fees and costs sufficient to reimburse PATEL for bringing this action pursuant to California *Corporations Code* section 17704.10(f) and (g).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

TREDWAY, LUMSDAINE & DOYLE LLP
3900 Kilroy Airport Way, Suite 240
Long Beach, California 90806
(562) 923-0971

1

## **PRAYER**

2    WHEREFORE, PATEL prays for judgment against Defendants, HERO, LLC,

3  RAHUL ARYA, HITESH PATEL, and PRAVIN PATEL, as follows:

4    1.    For an accounting of all profits and sums owed to Plaintiff;

5    2.    For compensatory, incidental, and consequential damages subject to proof at

6  trial;

7    3.    For punitive and exemplary damages subject to proof at trial;

8    4.    For restitution of all money and property improperly misappropriated,

9  converted, or otherwise taken through improper means;

10    5.    For costs of suit;

11    6.    For reasonable attorney's fees and costs, where authorized by contract and/or

12  law

13    7.    For interest allowable by law; and

14    8.    For such other and further relief as the Court may deem proper.

15

16  DATED:  February 5, 2024        TREDWAY, LUMSDAINE & DOYLE LLP

17

18

19                    By:  _Connor Inlow_____

20                      CONNOR INLOW
                       Attorneys for Plaintiff, DIPAK PATEL

21

22

23

24

25

26

27

28

*TREDWAY, LUMSDAINE & DOYLE LLP*
3900 Kilroy Airport Way, Suite 240
Long Beach, California 90806
(562) 923-0971

# EXHIBIT "1"



# State of California
## Kevin Shelley
## Secretary of State

**LIMITED LIABILITY COMPANY ARTICLES OF ORGANIZATION**

A $70.00 filing fee must accompany this form.

**IMPORTANT** – Read instructions before completing this form.

File # **200412110298**

No Page Attached

**FILED** AG
In the office of the Secretary of State
of the State of California

APR 3 0 2004

*Kevin Shelley*

KEVIN SHELLEY, SECRETARY OF STATE

This Space For Filing Use Only

| 1. | NAME OF THE LIMITED LIABILITY COMPANY (END THE NAME WITH THE WORDS "LIMITED LIABILITY COMPANY," "LTD. LIABILITY CO.," OR THE ABBREVIATIONS "LLC" OR "L.L.C.") |
|---|---|
| | HERO, LLC |

| 2. | THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT. |
|---|---|

| 3. | CHECK THE APPROPRIATE PROVISION BELOW AND NAME THE AGENT FOR SERVICE OF PROCESS. |
|---|---|
| | [X] AN INDIVIDUAL RESIDING IN CALIFORNIA. PROCEED TO ITEM 4. |
| | [ ] A CORPORATION WHICH HAS FILED A CERTIFICATE PURSUANT TO SECTION 1505. PROCEED TO ITEM 5. |
| | AGENT'S NAME: Rahul N. Arya |

| 4. | ADDRESS OF THE AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL: |
|---|---|
| | ADDRESS 2627 Newport Blvd |
| | CITY Newport Beach     STATE CA     ZIP CODE 92663 |

| 5. | THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY: (CHECK ONE) |
|---|---|
| | [ ] ONE MANAGER |
| | [ ] MORE THAN ONE MANAGER |
| | [X] ALL LIMITED LIABILITY COMPANY MEMBER(S) |

| 6. | OTHER MATTERS TO BE INCLUDED IN THIS CERTIFICATE MAY BE SET FORTH ON SEPARATE ATTACHED PAGES AND ARE MADE A PART OF THIS CERTIFICATE. OTHER MATTERS MAY INCLUDE THE LATEST DATE ON WHICH THE LIMITED LIABILITY COMPANY IS TO DISSOLVE. |
|---|---|

| 7. | NUMBER OF PAGES ATTACHED, IF ANY:    –1– |
|---|---|

| 8. | TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY. (FOR INFORMATIONAL PURPOSES ONLY) |
|---|---|
| | Own, Lease, Operate and Manage Hotel/Motel ( hospitality ) Business |

| 9. | IT IS HEREBY DECLARED THAT I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED. |
|---|---|
| | SIGNATURE OF ORGANIZER          4-29-04 DATE |
| | Rahul N. Arya |
| | TYPE OR PRINT NAME OF ORGANIZER |

| 10. | RETURN TO: |
|---|---|
| | NAME      Rahul N. Arya |
| | FIRM      2627 Newport Blvd. |
| | ADDRESS   Newport Beach, CA  92663 |
| | CITY/STATE |
| | ZIP CODE |

SEC/STATE FORM LLC-1 (Rev. 12/2003) – FILING FEE $70.00

APPROVED BY SECRETARY OF STATE

# EXHIBIT "2"

T6-730939



# State of California
## Secretary of State

91 L

### STATEMENT OF INFORMATION
(Limited Liability Company)

Filing Fee $20.00. If this is an amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FILED**
Secretary of State
State of California

**MAY 2 3 2016**

This Space For Filing Use Only

1. LIMITED LIABILITY COMPANY NAME

HERO LLC

**File Number and State or Place of Organization**

| 2. SECRETARY OF STATE FILE NUMBER 200412110298 | 3. STATE OR PLACE OF ORGANIZATION (If formed outside of California) CALIFORNIA |
|---|---|

**No Change Statement**

4. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no Statement of Information has been previously filed, this form must be completed in its entirety.

☑ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 15.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 5 and 7 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. STREET ADDRESS OF PRINCIPAL OFFICE 1801 LOGAN AVE | | SAN DIEGO , CA | | 92113 |
| 6. MAILING ADDRESS OF LLC, IF DIFFERENT THAN ITEM 5 1801 LOGAN AVE | | SAN DIEGO, CA | | 92113 |
| 7. STREET ADDRESS OF CALIFORNIA OFFICE 1801 LOGAN AVE | | SAN DIEGO | CA | 92113 |

**Name and Complete Address of the Chief Executive Officer, If Any**

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| RAHUL N ARYA | 1801 LOGAN AVE | SAN DIEGO, CA | | 92113 |

**Name and Complete Address of Any Manager or Managers, or if None Have Been Appointed or Elected, Provide the Name and Address of Each Member** (Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 9. NAME RAHUL N. ARYA | 1801 LOGAN AVE | SAN DIEGO, CA | | 92113 |
| 10. NAME HITESH C. PATEL | 425 W. KATELLA AVE | ANAHEIM, CA | | 92802 |
| 11. NAME DIPAK L. PATEL | 1032 EAST 7TH STREET | LONG BEACH, CA | | 90813 |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.

| 12. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| RAHUL N. ARYA |

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1801 LOGAN AVE | SAN DIEGO | CA | 92113 |

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

OWN, LEASE, OPERATE AND MANAGER HOTEL / MOTEL / RESORT ( HOSPITALITY ) BUSINESS

15. THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 05/15/2016 | RAHUL N. ARYA | MEMBER | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

| LLC-12 (REV 01/2014) | APPROVED BY SECRETARY OF STATE |
|---|---|

# EXHIBIT "3"

671121

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**20-22**

For calendar year 2022, or tax year

beginning  /  / 2022    ending  /  /

## Shareholder's Share of Income, Deductions, Credits, etc.
*See separate instructions.*

### Part I   Information About the Corporation

**A** Corporation's employer identification number

▇▇▇▇▇▇

**B** Corporation's name, address, city, state, and ZIP code

HERO LLC
TRAVELODGE SAN DIEGO
1801 LOGAN AVENUE
SAN DIEGO CA 92113

**C** IRS Center where corporation filed return
Ogden, UT  84201-0013

**D** Corporation's total number of shares
Beginning of tax year  .  .  .  .  .
End of tax year  .  .  .  .  .  .  .

### Part II   Information About the Shareholder

**E** Shareholder's identifying number

▇▇▇▇▇▇

**F** Shareholder's name, address, city, state, and ZIP code

DIPAK L PATEL

1032 E 7TH ST
LONG BEACH CA 90813

**G** Current year allocation percentage  .  .  .    30.00000 %

**H** Shareholder's number of shares
Beginning of tax year  .  .  .  .  .  .
End of tax year  .  .  .  .  .  .  .

**I** Loans from shareholder
Beginning of tax year  .  .  .  .  .  $    33,300.
End of tax year  .  .  .  .  .  .  $    17,115.

*For IRS Use Only*

### Part III   Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | 348,761. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | 483. |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | |
| 12 | Other deductions | |
| | A | 3,333. |

| # | Item | Amount |
|---|---|---|
| 13 | Credits | |
| 14 | Schedule K-3 is attached if checked  .  .  .  .  . ☐ | |
| 15 | Alternative minimum tax (AMT) items | |
| | A | 0. |
| 16 | Items affecting shareholder basis | |
| | C | 43. |
| | D | 132,000. |
| 17 | Other information | |
| | A | 483. |
| | V  * STMT | |

| 18 | ☐ More than one activity for at-risk purposes* |
| 19 | ☐ More than one activity for passive activity purposes* |

\* See attached statement for additional information.

**Statement A—QBI Pass-through Entity Reporting**

| Corporation's name: HERO LLC | | | Corporation's EIN: ██████████ |
|---|---|---|---|
| Shareholder's name: DIPAK L PATEL | | | Shareholder's identifying no: ██████████ |

|  | 1120S, Line 21 | | |
|---|---|---|---|
|  | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |

**Shareholder's share of:**

**QBI or qualified PTP items subject to shareholder-specific determinations:**

| | | | | |
|---|---|---|---|---|
| | Ordinary business income (loss) . . . . . . . . . . . . . . | 348,761. | | |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . | | 85,725. | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . | | 908,387. | | |
| **Section 199A dividends** . . . . . | | | | |

**Statement A—QBI Pass-through Entity Reporting**

| Corporation's name: | | | Corporation's EIN: |
|---|---|---|---|
| Shareholder's name: | | | Shareholder's identifying no: |

|  | | | |
|---|---|---|---|
|  | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |

**Shareholder's share of:**

**QBI or qualified PTP items subject to shareholder-specific determinations:**

| | | | | |
|---|---|---|---|---|
| | Ordinary business income (loss) . . . . . . . . . . . . . . | | | |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . | | | | |
| **Section 199A dividends** . . . . . | | | | |

REV 07/25/23 PRO

| TAXABLE YEAR | **Shareholder's Share of Income, Deductions, Credits, etc.** | CALIFORNIA SCHEDULE |
|---|---|---|
| **2022** | | **K-1 (100S)** |

TYB  01-01-2022  TYE  12-31-2022

██████████  DIPAK     L  PATEL

1032 E 7TH ST
LONG BEACH          CA  90813

8740019          ██████████
HERO LLC
TRAVELODGE SAN DIEGO
1801 LOGAN AVENUE
SAN DIEGO          CA  92113

**A** Current year allocation percentage. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● `3 0.0 0 0 0` %

**B** Shareholder's number of shares: . . . . . . . . . . . . . . . . . . . . . . . . . . . Beginning [ ] and Ending [ ]

**C** Loans from shareholder: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Beginning $ `33,300.` and Ending $ `17,115.`

**D** Reportable transaction or tax shelter registration number(s): [ ]

**E** Check here if this is: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● **(1)** [ ] A final Schedule K-1 **(2)** [ ] An amended Schedule K-1

**F** What type of entity
  is this shareholder? . . . . . . . . . ● **(1)** [X] Individual **(2)** [ ] Estate/trust **(3)** [ ] Qualified exempt organization **(4)** [ ] Single member LLC

**G** Is this shareholder a resident of California?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● [X] Yes ▶ [ ] No

**Caution:** Refer to the shareholder's instructions for Schedule K-1 (100S) before entering information from this schedule on your California tax return.

| | **(a)** Pro-rata share items | **(b)** Amount from federal Schedule K-1 (Form 1120-S) | **(c)** California adjustment | **(d)** Total amounts using California law. Combine col. (b) and col. (c) where applicable | **(e)** California source amounts and credits |
|---|---|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) . . . . . . . . . . . . | 348,761. | 841. ● | 349,602. ▶ | 349,602. |
| | **2** Net rental real estate income (loss). . . . . . . . . . | | ● | ▶ | |
| | **3** Other net rental income (loss) . . . . . . . . . . . . . . | | ◉ | ◉ | |
| | **4** Interest income . . . . . . . . . . . . . . . . . . . . . . . . | 483. | 0. ● | 483. ▶ | 483. |
| | **5** Dividends. See instructions. . . . . . . . . . . . . . . . | | ● | ▶ | |
| | **6** Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | ● | ▶ | |
| | **7** Net short-term capital gain (loss) . . . . . . . . . . . | | ● | ▶ | |
| | **8** Net long-term capital gain (loss). . . . . . . . . . . . | | ● | ▶ | |
| | **9** Net IRC Section 1231 gain (loss) . . . . . . . . . . . | | ● | ▶ | |
| **Other Income (Loss)** | **10 a** Other portfolio income (loss). Attach schedule. | | ● | ▶ | |
| | **b** Other income (loss) . . . . . . . . . . . . . | | ● | ▶ | |

REV 04/26/23 PRO

| Shareholder's name | Shareholder's identifying number |
|---|---|
| DIPAK L PATEL | ▉▉▉▉▉▉ |

**Caution:** Refer to the shareholder's instructions for Schedule K-1 (100S) before entering information from this schedule on your California tax return.

| (a) Pro-rata share items | (b) Amount from federal Schedule K-1 (Form 1120-S) | (c) California adjustment | (d) Total amounts using California law. Combine col. (b) and col. (c) where applicable | (e) California source amounts and credits |
|---|---|---|---|---|
| **Deductions** | | | | |
| 11 IRC Section 179 expense deduction. Attach schedules | | | | |
| 12 a Charitable contributions . ATTCH SCH | 3,333. | 0. | 3,333. | |
| b Investment interest expense | | | ● | ▶ |
| c 1 IRC Section 59(e)(2) expenditures | | | | |
| 2 Type of expenditures | | | | |
| d Deductions-portfolio | | | | |
| e Other deductions | | | | |
| **Credits** | | | | |
| 13 a Low-income housing credit. See instructions. Attach schedule | | | ● | ▶ |
| b Credits related to rental real estate activities other than on line 13(a). Attach schedule | | | ● | ▶ |
| c Credits related to other rental activities. See instructions. Attach schedule | | | ● | ▶ |
| d Other credits. Attach schedule | | | ● | ▶ |
| 14 Total withholding (equals amount on Form 592-B if calendar year) | | | ● | ▶ |
| **Alternative Minimum Tax (AMT) Items** | | | | |
| 15 a Depreciation adjustment on property placed in service after 12/31/86 | | | ◉ 1,033. | ◉ 1,033. |
| b Adjusted gain or loss | | | | |
| c Depletion (other than oil and gas) | | | | |
| d Gross income from oil, gas, and geothermal properties | | | | |
| e Deductions allocable to oil, gas, and geothermal properties | | | | |
| f Other AMT items. Attach schedule | | | | |
| **Items Affecting Shareholder Basis** | | | | |
| 16 a Tax-exempt interest income | | | | |
| b Other tax-exempt income | | | | |
| c Nondeductible expenses | 43. | 872. | 915. | 915. |
| d Total property distributions (including cash) other than dividends distribution reported on line 17c | 132,000. | 0. | ● 132,000. | ▶ 132,000. |
| e Repayment of loans from shareholders | | | ● | ▶ |
| **Other Information** | | | | |
| 17 a Investment income. See instructions | 483. | 0. | 483. | 483. |
| b Investment expenses. See instructions | | | | |
| c Total taxable dividend distribution paid from accumulated earnings and profits. See instructions | 0. | 0. | ● 0. | ▶ 0. |
| d Other information. See instructions | | | 725,348. | |
| **Other State Taxes** | | | | |
| 18 a Type of income | | | | |
| b Name of state | | | | |
| c Total gross income from sources outside California. Attach schedule | | | | |
| d Total applicable deductions and losses. Attach schedule | | | | |
| e Total other state taxes. Check one: ☐ Paid   ☐ Accrued | | | ● | ▶ |
| 19 ☐ More than one activity for at-risk purposes. See instructions. | | 20 ☐ More than one activity for passive activity purposes. See instructions. | | |

**Shareholder's name**

DIPAK L PATEL

**Shareholder's identifying number**

▮▮▮▮▮▮▮▮

**Other Shareholder Information**

**Table 1 —** Each shareholder's share of nonbusiness income from intangibles. See instructions.

Interest $ _____   Royalties $ _____   Dividends $ _____

IRC Section 1231 Gains/Losses $ _____   Capital Gains/Losses $ _____   Other $ _____

**FOR USE BY SHAREHOLDERS ONLY. SEE INSTRUCTIONS.**

**Table 2 —** Shareholder's pro-rata share of business income and factors. See instructions.

A.   Shareholder's share of the S corporation's business income $_____

B.   Shareholder's share of the nonbusiness income from real and tangible property sourced or allocable to California:

Capital Gains/Losses $_____   Rents/Royalties $_____

IRC Section 1231 Gains/Losses $_____   Other $_____

C.   Shareholder's share of the S corporation's property, payroll, and sales:

| Factors | Total within and outside California | Total within California |
|---|---|---|
| Property:   Beginning | $ | $ |
| Ending | $ | $ |
| Annual Rent Expense | $ | $ |
| Payroll | $ | $ |
| Sales | $ | $ |

**HERO LLC**                                                                                                    1

## Additional Information From Schedule K-1:SH's Share of Inc, Ded, Credits, etc. (DIPAK L PATEL)

**Schedule K-1:SH's Share of Inc, Ded, Credits, etc. (DIPAK L PATEL)**

**Supplemental Information**                                                        **Continuation Statement**

| Description | CA Law Amounts | CA Source Amounts |
|---|---|---|
| LINE 12A, CHARITABLE CONTRIBUTIONS: | | |
| CASH CONTRIBUTIONS (60%) | 3,333. | |
| SUBTOTAL CHARITABLE CONTRIBUTIONS | 3,333. | |
| LINE 16C, NON DEDUCTIBLE EXPENSES: | | |
| NONDEDUCTIBLE PORTION OF MEALS | 341. | 341. |
| PENALTY | 43. | 43. |
| STATE FRANCHISE TAX | 531. | 531. |
| SUBTOTAL NON DEDUCTIBLE EXPENSES | 915. | 915. |
| LINE 17D, OTHER INFO: | | |
| AGGREGATE GROSS RECEIPTS | 725,348. | |
| SUBTOTAL OTHER INFO | 725,348. | |

# EXHIBIT "4"

BA20220892109



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20220892109 |
| Date Filed: 9/25/2022 |

---

**Entity Details**

| | |
| --- | --- |
| Limited Liability Company Name | HERO, LLC |
| Entity No. | 200412110298 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of LLC**

| | |
| --- | --- |
| Principal Address | 1801 LOGAN AVE<br>SAN DIEGO, CA 92113 |

**Mailing Address of LLC**

| | |
| --- | --- |
| Mailing Address | 1801 LOGAN AVE<br>SAN DIEGO, CA 92113 |
| Attention | |

**Street Address of California Office of LLC**

| | |
| --- | --- |
| Street Address of California Office | 1801 LOGAN AVE<br>SAN DIEGO, CA 92113 |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
| --- | --- |
| RAHUL N ARYA | 1801 LOGAN AVE<br>SAN DIEGO, CA 92113 |
| HITESH C PATEL | 425 W KATELLA AVE<br>ANAHEIM, CA 92802 |

**Agent for Service of Process**

| | |
| --- | --- |
| Agent Name | RAHUL N ARYA |
| Agent Address | 1801 LOGAN AVE<br>SAN DIEGO, CA 92113 |

**Type of Business**

| | |
| --- | --- |
| Type of Business | OWN, LEASE, OPERATE AND MANAGER HOTEL/MO |

**Email Notifications**

| | |
| --- | --- |
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
| --- | --- |
| None Entered | |

**Labor Judgment**

No Manager or Member of this Limited Liability Company has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒  By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by
California law to sign.

*RAHUL N ARYA*                                           *09/25/2022*
_____                    _____
Signature                                                        Date

B1124-8819 09/25/2022 9:17 PM Received by California Secretary of State

# EXHIBIT "5"



Connor Inlow | Cinlow@tldlaw.com | Long Beach Office
3900 Kilroy Airport Way | Suite 240 | Long Beach, CA 90806
O. (562) 923-0971 | F. (866) 831-7302
www.tldlaw.com

August 7, 2023

**VIA EMAIL**
aumyog@gmail.com; herollc@gmail.com

Hero, LLC

Re:    **FORMAL NOTICE OF REVOCATION OF ALL POWER OF ATTORNEY**

To whom it may concern:

I hope this letter finds you well. This office represents Dipak Patel ("Mr. Patel"), in his personal capacity, to formally notify you of the revocation of any and all Power of Attorney previously granted to all persons to act on behalf of Mr. Patel in any matters or in any manner.

Pursuant to Mr. Patel's instruction and in accordance with the relevant provisions of California law, all Power of Attorney previously granted to any third-party stand revoked, canceled, and void, effective immediately from the date of this letter and the attached Revocation of Power of Attorney, whichever is earlier, and which is attached hereto as **Exhibit "1."**

This decision to revoke the Power of Attorney has been made by my client after careful consideration and due diligence. As of the revocation date and this letter, no third-party has any authority or capacity to represent, act, or make decisions on behalf of Mr. Patel.

We request your full cooperation in acknowledging and respecting this revocation, and accordingly, refrain from engaging in any activities or transactions on behalf of Mr. Patel. Additionally, please ensure the immediate cessation of any communication, documentation, or correspondence directed to Pravin Patel, or any other third-party, who may claim to possess capacity as Power of Attorney.

Mr. Patel kindly requests the return of all original, or provide copies of, all documents and communications and any other pertinent materials in your possession related to the representation by Pravin Patel, or any other third-party who previously may have claimed to act as Power of Attorney for Mr. Patel. Specifically, please provide any documentation

Hero, LLC
August 7, 2023
Page 2


related to Mr. Patel's interest in any real property and any interest in Hero, LLC, a California limited liability company.

Furthermore, it is imperative that you duly notify all relevant parties, including any and all financial institutions and concerned parties or authorities, about the termination of Pravin Patel and any other third parties' authority as Power of Attorney, if any, to prevent any unauthorized actions that may incur legal consequences.

Please be advised that Mr. Patel shall not be held liable for any acts, obligations, or commitments undertaken by Pravin Patel and any other third parties who may be claiming a Power of Attorney after the date of revocation specified in this letter.

If you have any questions or require further information regarding this matter, please do not hesitate to contact me directly. I request you to acknowledge receipt of this letter in writing for our records **by no later than August 18th.**

Thank you for your prompt attention to this matter and thank you for your anticipated cooperation and courtesies.

Very truly yours,

TREDWAY, LUMSDAINE & DOYLE LLP

Connor Inlow, Esq.

CI:CI
Attachment
cc:     Client

## REVOCATION OF POWER OF ATTORNEY

I, Dipak Patel, having sound mind, hereby revoke, cancel, and void any and all durable, non-durable, limited, general, or special powers of attorney naming me as principal executed prior to August 4, 2023, specifically excluding any health care powers of attorney and advance health care directives. This notice shall be conclusive for all purposes, from the date of execution as set forth below.

PRAVIN PATEL IS NOT AUTHORIZED TO ACT AS MY AGENT

UNDER ANY CIRCUMSTANCES.

This Revocation of Power of Attorney may be served via personal delivery, mail, facsimile transmission, or other electronic transmission, and shall be effective regardless of the manner in which same is received. A copy of this Revocation of Power of Attorney shall be as effective as an original for all purposes. All powers and authorities granted under any known or unknown power of attorney are hereby withdrawn and revoked effective immediately.

IN WITNESS WHEREOF, I have hereunto set my hand on August 4, 2023.

_____ MUMBAI INDIA
Dipak Patel, Principal

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

                                         ) 
                                         ) ss.
COUNTY OF _____   Maxwell C. Kaufman
                    Vice Consul
                    United States of America

REPUBLIC OF INDIA
STATE OF MAHARASHTRA )
CITY OF MUMBAI ) SS
CONSULATE GENERAL OF THE )
UNITED STATES OF AMERICA

On August 4, 2023, before me, _____, Notary Public, personally appeared Dipak Patel who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person(s), or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____ (Seal)

LA/59310-005 1557847

# EXHIBIT "6"



Connor Inlow | Cinlow@tldlaw.com | Long Beach Office
3900 Kilroy Airport Way | Suite 240 | Long Beach, CA 90806
O. (562) 923-0971 | F. (866) 831-7302
www.tldlaw.com

August 21, 2023

**VIA EMAIL**
herollc@gmail.com; aumyog@gmail.com

Hero, LLC

Re:  **DEMAND FOR DOCUMENTATION – ACTION REQUIRED OR YOU WILL FACE LEGAL ACTION**

Dear Hero, LLC, ("You"):

As you know, this office represents Dipak Patel ("Mr. Patel"). We previously sent you a letter which notified you of the revocation of any Power of Attorney previously granted to anyone on behalf of Mr. Patel. We had previously kindly asked that you confirm receipt of that letter and to provide all documentation related to Mr. Patel's interest in Hero, LLC, a California limited liability company ("Hero") by August 18, 2023. As we did not hear from you, <u>today, we are writing in the final attempt to resolving this matter amicably before our client takes legal action</u>.

Mr. Patel previously owned one-third of Hero as a Member or Manager. A true and correct copy of Hero, LLC's statement of information from May of 2016 is attached hereto as **Exhibit "1."** Inexplicably, without any communication or documentation from Hero, LLC, or any of its Members or Managers, Mr. Patel is no longer listed as a Member or Manager of Hero, LLC, on the latest statement of information. A true and correct copy of Hero, LLC's statement of information from September of 2022 is attached hereto as **Exhibit "2."**

We are informed and believe, as a result of your actions, Mr. Patel has suffered significant damages including monetary losses, attorneys' fees and costs, and emotional pain and suffering. **<u>We hereby demand that, by no later than August 25, 2023, you provide any and all information, documentation, and communications in your possession related to Mr. Patel's interest in any real property and any interest in Hero, LLC.</u>**
Should you decide not to comply with the demands above, we will promptly proceed with filing a complaint against you in Los Angeles County to recover Mr. Patel's interest

Hero, LLC
August 21, 2023
Page 2


in Hero, LLC. Please be advised that additional damages will accrue if you fail to comply, and Mr. Patel reserves his right to pursue all damages, interest, costs, and fees, as allowed by law.

Since you are now on notice of potential litigation, you are required to take all necessary steps to preserve, and not destroy, conceal, or alter, any and all communications and documents relevant to this matter, including by way of example, and without limitation, emails, text and self-destructing messages, social media posts, voicemails, records, files, and other data, wherever located and regardless of the format or media. Purposeful destruction of such evidence could result in penalties, including legal sanctions.

This letter is not intended as a full recitation of the facts or a complete review of applicable law. Nothing contained in or omitted from this letter is or should be deemed to be a limitation, restriction, or waiver of any of the Mr. Patel's rights or remedies, either at law or in equity. Mr. Patel expressly reserves all of his legal and equitable rights and remedies, including the right to seek injunctive relief and recover monetary damages.

While amenable to an amicable resolution of this case and it is not our desire to engage in what could be a lengthy and expensive litigation for both sides, if we do not hear from you by **August 25, 2023**, we will assume that you are not interested in resolving this matter without court intervention and will proceed in commencing an action against you and pursue all damages, interest, costs, and fees, as allowed by law. We encourage your immediate response.

Very truly yours,

TREDWAY, LUMSDAINE & DOYLE LLP

Connor Inlow, Esq.


CI:CI
Attachments
cc:    Client


61554-001 1572492

# EXHIBIT "7"



Connor Inlow | Cinlow@tldlaw.com | Long Beach Office
3900 Kilroy Airport Way | Suite 240 | Long Beach, CA 90806
O. (562) 923-0971 | F. (866) 831-7302
www.tldlaw.com

January 16, 2024

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED AND EMAIL**
herollc@gmail.com; aumyog@gmail.com

Hero, LLC
1801 Logan Ave.
San Diego, CA 92113

**Re:    DEMAND FOR DOCUMENTATION – ACTION REQUIRED OR YOU WILL FACE LEGAL ACTION**

Dear Hero, LLC ("You"):

As you know, this office represents Dipak Patel ("Mr. Patel"). We previously sent you two letters which demanded that you provide all documentation, information, and communication related to Mr. Patel's membership interest in Hero, LLC ("Hero"). All we have received is Dipak's past K1's. Accordingly, we are writing in the **final** attempt to resolving this matter amicably before our client takes legal action, **including filing the attached Complaint labeled as Exhibit "1", which is ready for filing**.

Specifically, under California Corporation Code § 17704.10, upon the request of a member for purposes reasonably related to the interest of that person as a member, as we have here, a member in possession of the requested information, shall promptly deliver, in writing, to the member, at the expense of the LLC, a copy of the information required to be maintained which includes:

- A current list of the full name and last known business or residence address of each member and of each transferee, together with the contribution and the share in profits and losses of each member and transferee.
- Copies of the LLC's federal, state, and local income tax or information returns and reports, if any, for the six most recent fiscal years.
- Any written operating agreement of the limited liability company

Hero, LLC
January 16, 2024
Page 2

Moreover, under California Corporation Code § 17704.10, each member of an LLC has the right, upon reasonable request, for purposes reasonably related to the interest of that person as a member, to each of the following:

- To inspect and copy during normal business hours any of the following records required to be maintained in a clearly legible, tangible form at the LLC's office, which includes but is not limited to the following:
  - A copy of the articles of organization and all amendments thereto, together with any powers of attorney pursuant to which the articles of organization or any amendments thereto were executed.
  - Copies of the LLC's federal, state, and local income tax or information returns and reports, if any, for the six most recent fiscal years.
  - A copy of the LLC's operating agreement, if in writing, and any amendments thereto, together with any powers of attorney pursuant to which any operating agreement or any amendments thereto were executed.
  - Copies of the financial statement of the LLC for the last six fiscal years.
  - The books and records of the LLC as they relate to the internal affairs of the LLC for at least the current and past four fiscal years.
- To obtain in writing from the LLC, promptly after becoming available, a copy of the LLC's federal, state, and local income tax returns for each year.

**<u>We hereby demand that, by no later than January 31, 2024, you provide any and all information, documentation, and communications in your possession related to Mr. Patel's interest in Hero, LLC, his related distributions, and provide a date for copying the requested information at Hero's offices and provide all information as required under California Corporation Code § 17704.10.</u>**

If you fail to comply with California Corporation Code § 17704.10, then, in addition to any other remedies, a court may enforce the duty of making and mailing or delivering the information and financial statements required by this section and if the court finds the failure of the LLC to comply with the requirements of this section is without justification, <u>the court may award an amount sufficient to reimburse the person bringing the action for the reasonable expenses incurred by that person, including attorney's fees, in connection with the action or proceeding</u>.

If you fail to comply with the demands above, we will promptly proceed with filing the attached Complaint labeled as Exhibit "1" against you in San Diego County. Please be advised that additional damages will accrue if you fail to comply.

61554-001 1677650

Hero, LLC
January 16, 2024
Page 3

While we remain amenable to an amicable resolution, if we do not hear from you by **February 1, 2024**, we will proceed in filing the attached Complaint against you and pursue all damages, interest, costs, and fees, as allowed by law. We demand your immediate response.

Very truly yours,

TREDWAY, LUMSDAINE & DOYLE LLP

Connor Inlow, Esq.

CI:CI
Attachments
cc:    Client

61554-001 1677650